IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BROOK JOEL DAVIS,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0662-CG-C |
| **MARENGO COUNTY JAIL, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 18th day of August, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE